57754. SELF v. EXECUTIVE COMMITTEE OF THE GEORGIA BAPTIST CONVENTION OF GEORGIA, INC.

Sognier, Judge.

Pursuant to the order of the Supreme Court of Georgia in the above-styled case 245 Ga. 548 (266 SE2d 168) (1980), the judgment of this court in *Self v. Executive Committee of the Ga. Baptist Convention,* 151 Ga. App. 298 (259 SE2d 695) (1979) is vacated. The judgment of the trial court granting summary judgment to defendant-appellee is reversed.

*Judgment reversed. Deen, C. J., and Birdsong, J., concur.*

ARGUED MAY 2, 1979 — DECIDED MAY 19, 1980.

*Roy E. Barnes,* for appellant.
*Daryll Love, Anthony L. Cochran,* for appellee.